II. Statement Claim / Amend with Federal right complaint Case.No: 0:17-CV-60882-BB

On March 17, 2015 During apprehension Excessive Negative treatment and force was administered by members of the MBDTF team: defendants Causing Spinal Back injuries at the time of my arrest, my legs and arms were bind together and I monroe was thrown in the Back of an pick up truck by the defendants I monroe was Placed in custody and was brought to the Ft.Lauderdale station for questing and Later read my Miranda rights: however there was not any Capias/warrant for my arrest until thic very day there is Not any Capias arrest warrant.

Please Note and review unwarranted and unauthorized Surveillance along with video audio recorder/evidence tamping proving by audio/video recorder and DEA Drug Enforcement administration, Laboratory Chemical Analysis Report; Deparment of Homeland security Custody Receipt for seized Property and evidence; US Department of Justice reort of Drug Property Collected. Puchased, or seized report; in these reports review, you see Evidence Numbersof the Gross weight gose to up to mid weight

(A) review audio/video recorder surveillance date 1·27·2015 Det. Frank Sanchez is admit he Never got any real controlled substance

(B) review Phone call recorder date 1·20·2015 @ 1323 Hrs Det. Frank Sanchez again is admitted that he Never receive any heroin at all

retrieved any and all electronic evidence retrieved from my persons

IV. Relief

The relief I am seeking in these matter is: Nominal, punitive Compensatory damages of $26.000 due to physical. Emotional distress. loss of Income. bankruptcy damages Removal of Lt. Weimann: badge Number<1906 from Current position of employment ~~due to malpractice~~ under the workese union act laws, and Dismissal of all charges

FILED by __EG__ D.C.

MAY 17 2017

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

III. Statement of Claim Amend with Federal right complaint case No: 0:17-CV-60882-BB

On 11.09.2015 between hours of 9:50pm to 10:41 at the Paul Rein facility I Monroe On the way to assign cell D.1.21 during Operations an incident Broke out between houseing deputy with inmate. I Monroe was by this time was already in assign I Monroe Witness houseing deputy assault Inmate while I was standing on the Door during assault; the housing deputy had call for more deputy to assist him by that time more deputy were in the unit along with deputy were Lt. Weimann who badge Number is 4906 came along with Back up deputy came in the unit yelling to all the inmates to get off of the Doors in order for the inmates to not witness the assault on the inmate that was being assault; I monroe was spot still on the Door window; by Lt. Weimann he Immediately yell at I monroe to Come off of the Door window by that time I monroe remove myself from off of the Door and sat on the bunk; an few minutes Later I hear Lt. Weimann to unlock cell Door that I monroe was assign to Lt. Weimann Came in Cell and told I monroe to come off of the Bunk and approach him, he began yelling used ing profanity words asking me why I didnt move off of the Door fast enough I Monroe Never response to Lt. Weimann which up set Lt. Weimann even more by that time Lt. Weimann yell in my face to get on the bunk; I monroe was began to return to the Bunk Lt. Weimann forcefully grab my shoulder and force me On Bunk; during this incident causeing my shoulder to dislocate, tearing ligament in between my shoulder and arm, the injuries that occured from this altercation Causing me non mobile motor use of my arm and emotional distress and discomfort.

IV. Relief

The relief I am seeking in these matter is: nominal, punitve, compensatory damages of $36.000 due to physical, emotional distress, loss of Income, bankruptcy damages Removal of defendant Lt. Weimann: badge Number 4906 from Current position of employment due to malpractice under the workees union act laws, and Dismissal of all charges

I. Party Information / Amend with Federal right Complaint Case: NO; 0:17-CV-6088 2 -BB

B. Defendant: Weimann
Official Position: lieutenant
Place of Employment Paul Rein facility

Defendant: Martin S. Fein
Official Position: Judge
Place of Emploment: ______

Donnie Monroe 501501341
Main Jail
555 S.E. 1 Ave
Fort Lauderdale Fla 33301

Main Jail Facility
P.O. Box 9356
Ft. Lauderdale, FL 33310

USMS
INSPECTED

Legal Mail

RECEIVED

MIAMI FL 331
15 MAY 2017 PM 5 L




Clerk's Office
United States District Court
Southern District of Florida
400 North Miami Avenue, 8N09
Miami, Fla 33128-7716

33128$7716 C075

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2013

SUSTAINABLE FORESTRY INITIATIVE
Certified Fiber Sourcing
www.sfiprogram.org

This letter originates from a Broward County Jail Facility. Inmate mail is uncensored and the Sheriff cannot assume responsibility for its contents.

Sent out on 5-14-2017