Case: 0:17-cv-60882-BB Document #: 11-1 Entered on FLSD Docket: 05/18/2017 Page 1 of 13

FILED by [signature] D.C.
JUN 01 2017
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE 17th DISTRICT OF Florida
Southern DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

Donnie Monroe
Bonnie Burnell Monroe

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

Weimann, Durant Christopher, Frank Sanchez, Carlos Guerra, John Mastrianni, Ryan A Hyatt, Frank J Goldberg, Carlos Mundi

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. 17-60882
*(to be filed in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

The Second Amend Complaint Case No 17-60882

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Donnie Burnell Monroe

All other names by which you have been known:

ID Number: 501501341

Current Institution: Main Jail

Address: Post office Box 9356
Fort Lauderdale, Fl 33310

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: First name unknown/Last Name: Weimann, Et AL.

Job or Title (if known): Lt.

Shield Number: 4906

Employer: Sheriff Scott Israel of Broward County Sheriff's office

Address: N/A

☐ Individual capacity ☑ Official capacity

Defendant No. 2

Name: Frank Sanchez

B. The Defendant(s)

Defendant No. 31
Name Joshua Passman
Job or title (if known) Det
Shield Number N/A
Employer N/A
Address 2601 W. Broward Blvd Ft Lauderdale Fla 33312
Individual Capacity ✓Official Capacity

Defendant No. 32
Name Pablo Perez
Job or title (if known) N/A
Shield Number N/A
Employer N/A
Address 2601 W. Broward Blvd Ft lauderdale Fla 33312
Individual Capacity ✓Official Capacity

Defendant No. 33
Name Thomas Roberts
Job or title (if known) N/A
Shield Number N/A
Employer HSI
Address 299 East Broward Blvd #405 Ft Lauderdale Fl 33301
Individual Capacity ✓Official Capacity

Defendant No. 34
Name William Schwartz
Job or title (if known) N/A
Shield Number N/A
Employer N/A
Address 2601 W. Broward Blvd Ft lauderdale Fla 33312
Individual Capacity ✓Official Cappacity

Defendant No. 9
Name Melvin L Burroughs
Job or title (if known) N/A
Shield Number N/A
Employer sheriff Scott Israel of Broward office
Address 2601 W. Broward Blvd Ft lauderdale Fla 33312
Individual Capacity ✓ official Capacity

Defendant No. 10
Name Scott T Ambrose
Job or title (if known) N/A
Shield Number N/A
Employer sheriff Broward Israel of Broward office
Address 2601 W. Broward Blvd Ft lauderdale Fla 33312
Individual Capacity official Capacity

Defendant No. 11
Name J. Bottone
Job or title (if known) N/A
Shield Number N/A
Employer N/A
Address 299 East Broward Blvd #405 Ft lauderdale Fla 33301
Individual Capacity ✓ official Capacity

Defendant No. 12
Name Keith Cahall
Job or title (if known) N/A
Shield Number N/A
Employer N/A
Address 451 N.W 70 terrace Plantation, Fla 33317
Individual Capacity ✓ official Capacity

Attachment to: Case 0:17-cv-60882-BB / The Second Amended Complaint

Defendant No. 5
Name Ryan A Hyatt
Job or title (if Known) Sgt
Shield Number N/A
Employer Sheriff Scott Israel of Broward Sheriff office
Address 2601 W. Broward Blvd Ft Lauderdale Fla 33312
Individual Capacity ✓ Official Capacity

Defendant No. 6
Name Gregory Lacerra
Job or title (if Known) Detective
Shield Number N/A
Employer Sheriff Scott Israel of Broward Sheriff office
Address 2601 W. Broward Blvd Ft Lauderdale Fla 33312
Individual Capacity Official Capacity

Defendant No. 7
Name Julie a Foster
Job or title (if Known) N/A
Shield Number N/A
Employer Sheriff Scott Israel of Broward Sheriff office
Address 2601 W. Broward Blvd/Ft Lauderdale Fla 33312
Individual Capacity ✓ Official Capacity

Defendant No. 8
Name Frank Canales
Job or title (if Known) N/A
Shield Number N/A
Employer Sheriff Scott Israel of Broward Sheriff office
Address 2601 W. Broward Blvd Ft Lauderdale Fla 33312
Individual Capacity ✓ Official Capacity

defendant No. 18

Name Tracy Land
Job or title Det
(if Known)
Shield Number N/A
Employer N/A
Address 2601 W. Broward Blvd Ft Lauderdale Fla 33312
Individual Capacity official Capacity

defendant No. 19

Name Henry Lopez
Job or title N/A
(if Known)
Shield Number N/A
Employer N/A
Address 2601 W. Broward Blvd Ft Lauderdale Fla 33312
Individual Capacity ✓ official Capacity

defendant No. 20

Name Jerald Fuller
Job or title N/A
(if Known)
Shield Number N/A
Employer N/A
Address 2601 W. Broward Blvd, Ft lauderdale Fla 33312
Individual Capacity ✓ Official Capacity

defendant No. 21

Name Oscar Gonzales
Job or title Det
(if Known)
Shield Number N/A
Employer N/A
Address 2020 Wilton Drive Wilton Manors. Fla 33305
Individual Capacity ✓ official Capacity

Defendant No. 22

Name Edward J Macdougall
Job or title N/A
(if Known)
Shield Number N/A
Employer N/A
Address 2601 W. Broward Blvd Ft lauderdale Fla 33312
Individual Capacity ✓ official Capacity

Complaint for Violation of Civil Rights/Case: 0:17-cv-60882 / The Second Amended Complaint

[redacted] defendant No. 13
Name Dan Evans
Job or title
(if KNOWN)
Shield Number
Employer
Address 299 East Broward Blvd # Ft Lauderdale Fla 33301

Individual Capacity ✓ official Capacity

defendant No. 14
Name Peter Echevarria
Job or title
(if KNOWN)
Shield Number
Employer
Address 2205 NW 132Nd Place Miami Fla 33182

Individual Capacity ✓ official Capacity

defendant No. 15
Name Frank J Goldberg
Job or title CSSU Technician
(if KNOWN)
Shield Number
Employer Sheriff Scott Israel of Broward sheriff office
Address 2601 W. Broward Blvd Ft lauderdale Fla 33312
Individual Capacity ✓ official Capacity

defendant No. 16
Name Michael Hernandez
Job or title
(if KNOWN)
Shield Number
Employer HSI
Address 299 East Broward Blvd #405 Ft Lauderdale 33301
Individual Capacity ✓ official Capacity

defendant No. 17
Name J. [redacted] Hynds
Job or title Sgt
(if KNOWN)
Shield Number N/A
Employer HSI
Address 299 East Broward Blvd #405 Ft lauderdale 33301
Individual Capacity ✓ official Capacity

Defendant No. 23
Name Carlos Murdi
Job or title N/A
(if Known)
Shield Number N/A
Employer
Address 451 N.W. 70 terrace Plantation Fla 33317
Individual Capacity ✓Official Capacity

Defendant No. 24
Name Jerry Mealer
Job or title N/A
(if Known)
Shield Number N/A
Employer N/A
Address 2601 W. Broward Blvd / Ft lauderdale, Fla 33312
Individual Capacity ✓Official Capacity

Defendant No. 25
Name Mindy Mazzei
Job or title Det
(if Known)
Shield Number N/A
Employer N/A
Address 2801 Coral Spring Drive / Coral Springs, Fla 33065
Individual Capacity ✓Official Capacity

Defendant No. 26
Name John Mastrianni
Job or title Sgt
(if Known)
Shield Number N/A
Employer N/A
Address 451 N.W. 70 Terrace Plantation, Fla 33317
Individual Capacity ✓Official Capacity

Defendant No. 27
Name Dave Mix
Job or title Chemist
(if Known)
Shield Number N/A
Employer N/A
Address 201 S.E. 6th st Crime Lab Ft lauderdale Fla 33301
Individual Capacity ✓official Capacity

Defendant No. 28
Name Benny J. Lum
Job or title Chemist
(if Known)
Shield Number N/A
Employer N/A
Address 201 S.E. 6th st Crime Lab Ft lauderdale Fla 33301
Individual Capacity ✓official Capacity

Defendant No. 29
Name Selwyn Smith
Job or title N/A
(if Known)
Shield Number N/A
Employer N/A
Address 299 East Broward Blvd #405 Ft Lauderdale Fla 33301
Individual Capacity ✓official Capacity

Defendant No. 30
Name Earl A. Scott
Job or title N/A
(if Known)
Shield Number N/A
Employer N/A
Address 1419D State road 84 Davie, Fla 33325
Individual Capacity ✓official Capacity

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

A warranless arrest without reliable probabe cause, unviable arrest warrant, violates the Constitution and provides a basis for a Section 1983 claim; Kingsland v. City of Miami 382 F.3d 1220, 1226 (11th Cir 2004)

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

4th Amendment 14th Amendment 5th and 6th, 8th Amendment due process rights

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

Job or Title (if known): Detective

Shield Number: 7897

Employer: Sheriff Scott Israel of Broward Sheriff's office

Address: 2601 W. Broward Blvd
Fort Lauderdale, Fl 33312

☐ Individual capacity ☑ Official capacity

Defendant No. 3

Name: Carlos Guerra

Job or Title (if known): Detective

Shield Number:

Employer:

Address: 1300 W Broward BLVD
Fort Lauderdale Fla 33312

☐ Individual capacity ☑ Official capacity

Defendant No. 4

Name: Christopher Durant

Job or Title (if known): Sgt

Shield Number:

Employer:

Address: 299 East Broward Blvd #405
Fort Lauderdale Fla 33301

☐ Individual capacity ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

Continued

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges or immuniti Secured by the Constitution and [Federal law]." 42 U.S.C § 1983. If you are suing under Section 1983, what Federal constitutional or Statutory right(s) do you Claim is/are being violated by State or local official

(Citing Marx v. Gumbinner 905 F.2d 1503 1505 (11th Cir. 1990)). More Specifically an arrest made without probable Cause runs afoul of the Fourth Amendment's prohibition of unreasonable Searches and Skop v. City of Atlanta 485 F.3d 1130. 1143 (11th Cir. 2007). The law clearly established in 1993 that the Constitiution prohibits a police officer from Knowingly making false statements in an arrest affidavit about the probable cause... if such false statements were necessary to the probable cause) : Riley v. City of Montgomery 104 F.3d 1247. 1253 (11th Cir 1997) it also was well established in 1989 that fabricating incriminating evidence violated Constitutional rights (Citing. inter Whiting v. Traylor 85 F. 3d 581. 584 (11th Cir. 1996)

IV. Statement of Claim

D. What are the facts underlying your claim(s)? For example: what happened to you Who did what? Was anyone else involved? Who else saw what happened?)

On 11.9.2015 between the hours of 10:00pm 10:45 I Plaintiff was at Paul Rein facility in Cell D1-21 During lockdown hours. there was altercation with an officer and inmate, in this event the officer Call assistance from other officer which enter the housing unit, along with the officer was lieutenant Weimann who shield number: 4906, Who immediately Enter unit Screaming for the inmate to come off the window; Weimann shot I Plaintiff on the window, he Screaming at me to come off the window I Plaintiff immediately Back away from the 5-7 min later I hear the lieutenant Weimann opening Cell D1-21 and enter the cell while I Plaintiff sitting on the Bunk he ask me to approach him, I Plaintiff got off the Bunk and approach Lt Weimann he began useding unappropriate words; during this event Lt Weimann told I Plaintiff to get Back on the Bunk, as I Plaintiff try to return to the Bunk Lt Weimann forcely grab I Plaintiff by the shoulder and force I Plaintiff to the Bunk Causing my right shoulder to come out of Place, tearing ligament between the shoulder and arm area.

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* Case still pending

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

the event arose at the Hampton INN Hotel in Fort Lauderdale Florida; this is where the warrantless arrest, excessive negative treatment, excessive force, false imprisonment, and malicious prosecution began by the members of the MBDTF and HSI, Det Pablo Perez, Gregory Laberra / who took Plaintiff in custody.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

the other event by L.T. Weiman Shield Number 4906 in Paul Rein institution, Lt. Weiman attack Plaintiff useding excessive force Causing physical damages to Plaintiff Shoulder

C. What date and approximate time did the events giving rise to your claim(s) occur?

first event occur on march 17 2017 time 6:47 pm this event happen by Frank Sanchez and the of the MBDTF and HSI task force Second

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On march 17, 2015 I Plaintiff was forcly remove from vehicle and injure by members of the MBDTF along with HSI During this event I Plaintiff was injure by member

Case 0:17-cv-60882-BB Document 14 Entered on FLSD Docket 06/01/2017 Page 15 of 24

of MBDTF has I Plaintiff was on the ground handcuff laying On Stomach member of MBDTF stand over Plaintiff with one of his leg on Plaintiff Back Spine apply pressure to Plaintiff Back Spine which cause injure to Plaintiff Back.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I first request an x-ray from medical because of the pain I was getting from my right shoulder that got damage from the event of Lt. Weimann useding excessive force to injure the Plaintiff, Continued to grievance and Complaint with Sick Call but medical kelp not taking my grievance and Complaint Seriously until Plaintiff an family member to Call and make an Complaint to get medical to treatment; Armor Correctional Health, Inc Continued to take there time, So far the Plaintiff have only got x-ray and MRI, but medical have fail to Plaintiff the proper pain pill, this have been going since 11-9-2015

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am seeking Relief for Violation of the fourth and fourteenth Amendment for false imprisonment, malicious prosecution, warrantless arrest, fabricated charges, physical injury, seeking for Relief 10.000.000 for excessive Negative treatment, Nominal damages. Relief dismissal of Charges, due to Bankruptcy, loss of income, slander, and fabricating evidence

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

______________________________________________

______________________________________________

______________________________________________

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

______________________________________________

______________________________________________

______________________________________________

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

Case 0:17-cv-60882-BB Document 14 Entered on FLSD Docket 06/01/2017 Page 17 of 24

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

I first file an grievance at Paul Rein facility and Continue to file grievance until I got move to another facility

2. What did you claim in your grievance?

that LT Weimann used excessive force to get me to Set Down on the Bunk, which cause an Physical damage to my Shoulder ligament

3. What was the result, if any?

because Lt Weimann Did not admitted to his action and Conduct the XO Lt who investigate the grievance, Close case, because at the time medical Didn't want to do any X-ray for my injury to prove my Claim on the grievance

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I took all steps to Continued my grievance evening when LT XO Close the Case I appeal and didn't get the proper responsed because there was not any medical attention or X-ray perform yet from medical: Armor Correctional Health, INC

Case: 0:17-cv-60882-BB Document #: 11-1 Entered on FLSD Docket: 05/18/2017 Page 9 of 13

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

______________________________________________

______________________________________________

______________________________________________

______________________________________________

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

______________________________________________

______________________________________________

______________________________________________

______________________________________________

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

______________________________________________

______________________________________________

______________________________________________

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

Case 0:17-cv-60882-BB Document 14 Entered on FLSD Docket 06/01/2017 Page 19 of 24

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

____________________________________________

____________________________________________

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) ________________________________

   Defendant(s) ________________________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

   ________________________________________

3. Docket or index number

   ________________________________________

4. Name of Judge assigned to your case

   ________________________________________

5. Approximate date of filing lawsuit

   ________________________________________

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. ____________________

Case 0:17-cv-60882-BB Document 14 Entered on FLSD Docket 06/01/2017 Page 20 of 24

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

________________________________________

________________________________________

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) ______________________________

Defendant(s) ______________________________

2. Court *(if federal court, name the district; if state court, name the county and State)*

________________________________________

________________________________________

3. Docket or index number

________________________________________

4. Name of Judge assigned to your case

________________________________________

5. Approximate date of filing lawsuit

________________________________________

6. Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. ____________________

7. What was the result of the case? *(For example: Was the case dismissed? Was-judgment entered in your favor? Was the case appealed?)*

____________________

____________________

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5·23, 2017.

Signature of Plaintiff Donnie Monroe
Printed Name of Plaintiff Donnie Burnell Monroe
Prison Identification # 581501341
Prison Address 555 S.E. 1 Ave
Fort Lauderdale Fla 33301
City State Zip Code

### B. For Attorneys

Date of signing: __________, 20__.

Signature of Attorney ____________________
Printed Name of Attorney ____________________
Bar Number ____________________
Name of Law Firm ____________________

Case 0:17-cv-60882-BB Document 14 Entered on FLSD Docket 06/01/2017 Page 22 of 24

Address ______________________________

Telephone Number ______________________________

E-mail Address ______________________________

Donnie Monroe 501501341
Main
555 S.E. 1 Ave
Fort Lauderdale Fla 33301-2917




REC'D by ______ D.C.
JUN 01 2017
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

This letter originates from a Broward County Jail Facility. Inmate mail is uncensored and the Sheriff cannot assume responsibility for its contents.

Clerk's Office
United States District Court
Southern District of Florida
400 North Miami Avenue 8N09
Miami FL 33128-7716

33128$7716 C075